NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

NAZARIO VAZQUEZ,               )
                               )
          Appellant,           )
                               )
v.                             )          Case No. 2D18-4449
                               )
STATE OF FLORIDA,              )
                               )
          Appellee.            )
_____)

Opinion filed September 25, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Edward Nicholas,
Judge.

PER CURIAM.

          Affirmed.

KHOUZAM, C.J., and NORTHCUTT and BADALAMENTI, JJ., Concur.